1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FREDERICK NEWHALL WOODS,

Plaintiff,

v.

DANNY SAMUEL, et al.,

Defendants.

Case No. 2:21-CV-06895-SPG-KK

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has conducted *de novo* review of the Third Amended Complaint, all other records on file herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's objection to the same.  The Court accepts the recommendation of the Magistrate Judge in its entirety.

ACCORDINGLY, IT IS SO ORDERED:

1. The Report and Recommendation is accepted.

2. Defendants' Motion to Dismiss is granted.

3. Judgment shall be entered consistent with this Order.

Rev. 6/3/22

-1-

1

4. The clerk shall serve this Order and the Judgment on all counsel or

2

parties of record.

3

4

Dated: July 12, 2022

5

6

HON. SHERILYN P. GARNETT
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28