JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FREDERICK NEWHALL WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNY SAMUEL, et al.,<br><br>    Defendants. | Case No. 2:21-CV-06895-SPG-KK<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Pursuant to the Court's Order dismissing Plaintiff's Complaint, filed under separate cover, the Court DISMISSES Plaintiff's Complaint with prejudice. The Court orders that such judgment be entered.

　　IT IS SO ORDERD

Dated: July 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HON. SHERILYN P. GARNETT
United States District Judge

Rev. 6/3/22                                             -1-